**RECEIVED**
JUL 0 3 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

**RECEIVED**
JUN 2 0 2008
FOLSOM STATE PRISON
MAIL ROOM



RETURN TO SENDER
( ) Not at Folsom State Prison
( ) Transferred to
( ) Paroled on
( ) Current address on back
( ) Name & CDC # do not match



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

REGION II PAROLE — OAK
7717 EDGEWATER DRIVE, STE 200
OAKLAND CA 94621

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020339
Cashier ID: almaceh
Transaction Date: 06/18/2008
Payer Name: MOBASSA BOYD
---------------------------------
WRIT OF HABEAS CORPUS
  For: MOBASSA BOYD
  Case/Party: D-CAN-5-08-CV-003005-001
  Amount:       $5.00
---------------------------------
MONEY ORDER
  Check/Money Order Num: 11958611490
  Amt Tendered: $5.00
---------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

RMW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```



**'S RECEIPT**

05

RMW

(PR)

as been designated for this court's
m, pursuant to Civil Local Rule 5-4 and
t **you must** (check off the boxes ☑ when

tion Information Handout on **all** parties in
plaint, or for removals, the removal notice.
lication form, just this handout.

arty must also:

efiler by filling out the efiler application
ctions on the form carefully. If you are
trict, do not register again, your
registration is valid for life on all ECF cases in this district.

☐ 3) **Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☐ 4) Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**