OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

AUG 2 1 2008

Filed
( ) No CDC Number
( ) Out to Court
( ) Refused
(X) Discharged

RETURN TO SENDER
( ) Not at Folsom State Prison
( ) Out to Medical
( ) Name & CDC # do not match
( ) Paroled

Mobassa Boyd
P-05952




Discharged 7/9/08

RECEIVED
AUG 1 8 2008
FOLSOM STATE PRISON
MAILROOM

UNITED STATES POSTAGE
02 1A
0004327683   AUG 13 2008
MAILED FROM ZIP CODE 95113
$ 00.59⁰
PITNEY BOWES

*E-FILED - 8/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBASSA BOYD,<br><br>    Petitioner,<br><br>vs.<br><br>MATTHEW KRAMER, Warden,<br><br>    Respondent. | No. C 08-3005 RMW (PR)<br><br>ORDER TO SHOW CAUSE |

Petitioner, a state parolee proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. The court orders respondent to show cause why a writ of habeas corpus should not be granted.

**BACKGROUND**

According to the petition, petitioner was released on parole from a 1998 conviction of being a felon in possession of a firearm (Cal. Penal Code § 12021(e)). On October 23, 2007, the Board of Parole Hearings concluded that petitioner engaged in criminal threats in violation of his parole conditions, revoked his parole, and returned him to custody for nine months. Thereafter, petitioner filed a habeas petition in Alameda County Superior Court, which was denied on November 28, 2007. He then filed a habeas petition in the California Court of Appeal, which was denied on December 21, 2007. He finally filed a habeas petition in California Supreme Court, which was denied on April 9, 2008. The instant federal petition was filed on June 8,

Order to Show Cause
P:\pro-se\sj.rmw\hc.08\Boyd005osc                      1

2008.

## DISCUSSION

**A.    Standard of Review**

This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a state court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975).

A district court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

**B.    Petitioner's Claims**

As grounds for federal habeas relief petitioner asserts that: (1) he was denied his right to present witnesses; (2) counsel was ineffective for failing to (a) investigate the case and (b) interview and subpoena witnesses; and (3) he was denied his right to present a defense. Liberally construed, petitioner's allegations are sufficient to require a response. The court orders respondent to show cause why the petition should not be granted.

## CONCLUSION

1.    The clerk shall serve by mail a copy of this order and the petition (docket no. 1) and all attachments thereto upon the respondent and the respondent's attorney, the Attorney General of the State of California. The clerk shall also serve a copy of this order on the petitioner.

2.    Respondent shall file with the court and serve on petitioner, within **sixty days** of the date of receipt of this order and the petition, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on petitioner a copy of all portions of the underlying state criminal record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the

Order to Show Cause
P:\pro-se\sj.rmw\hc.08\Boyd005osc                    2

1  court and serving it on respondent within **thirty days** of his receipt of the answer.

2      3.    Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases within **sixty days** of the date of receipt of this order. If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within **thirty days** of receipt of the motion, and respondent shall file with the court and serve on petitioner a reply within **fifteen days** of receipt of any opposition.

    4.    It is petitioner's responsibility to prosecute this case. Petitioner is reminded that all communications with the court must be served on respondent by mailing a true copy of the document to respondent's counsel. Petitioner must keep the court and all parties informed of any change of address by filing a separate paper captioned "Notice of Change of Address." He must comply with the court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: 8/8/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order to Show Cause
P:\pro-se\sj.rmw\hc.08\Boyd005osc      3

**Other Orders/Judgments**
5:08-cv-03005-RMW Boyd v. Kramer
E-Filing, HABEAS, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 8/12/2008 1:20 PM and filed on 8/12/2008
**Case Name:**        Boyd v. Kramer
**Case Number:**      5:08-cv-3005
**Filer:**
**Document Number:** 4

**Docket Text:**
ORDER TO SHOW CAUSE. Signed by Judge Ronald M. Whyte on 8/8/08. (jg, COURT STAFF) (Filed on 8/12/2008)

5:08-cv-3005 Notice has been electronically mailed to:

https://ecf.cand.circ9.dcn/cgi-bin/Dispatch.pl?680172731867063                    8/12/2008

**5:08-cv-3005 Notice has been delivered by other means to:**

Mobassa Boyd
P-05952
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\08-3005.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/12/2008] [FileNumber=4602707-0]

[acb00b49282e1c87f5f6a4f468348340cd80460c86cb1b7ab173f19fdf11846796e41
e4ab2c8283e1d33ba5f32e5c90661691c594ec1145bea0c2fde5ad635dc]]