1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*__E-FILED - 12/9/08__*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOBASSA BOYD, | ) | No. C 08-3005 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| MATTHEW KRAMER, Warden, | ) | |
| Respondent. | ) | |

For the reasons stated on the order of dismissal, this case is DISMISSED.  Judgment is entered accordingly.   The clerk shall close the file.

    IT IS SO ORDERED.

DATED: __ 12/5/08 _____

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge